### 9055. ROBERTS, administrator, *v.* CARROLL.

LUKE, J. The only question presented for review is as to the sufficiency of evidence to authorize the verdict. There being some evidence to authorize the verdict, and the trial judge having approved the finding of the jury, it was not error to overrule the motion for a new trial.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

DECIDED DECEMBER 14, 1917.

Complaint; from city court of Jefferson—W. W. Stark, judge pro hac vice. June 15, 1917.

*Wolver M. Smith, Claud Mahaffey,* for plaintiff in error.

*J. S. Ayers,* contra.